### 5265.    GROOVER v. HEYWARD-WILLIAMS COMPANY.

POTTLE, J.   In view of the conflicting nature of the evidence introduced on the motion for continuance based on the ground of the defendant's illness, it can not be held that the court abused its discretion in overruling the motion and in finding, upon the showing made, that the defendant was not unable to attend court.          *Judgment affirmed.*

DECIDED JANUARY 20, 1914.

Foreclosure of mortgage; from city court of Statesboro—Judge Strange.   September 5, 1913.

*J. J. E. Anderson, H. M. Jones,* for plaintiff in error.

*Brannen & Booth,* contra.